Michelle Ghidotti-Gonsalves, Esq., SBN 36337
GHIDOTTI BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Defendant,
CARVANA LLC

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| IN RE:<br><br>TIMOTHY and KAREN SEVERSON,<br><br>　　　　　　Debtors.<br><hr>KATHRYN A. ELLIS, AS TRUSTEE FOR THE ESTATE OF TIMOTHY AND KAREN SEVERSON<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CARVANA LLC,<br><br>　　　　　　Defendant. | CASE NO.: 19-43712-BDL<br>ADV. CASE NO.: 20-04014-BDL<br><br>CHAPTER 7<br><br>DEFENDANT CARVANA LLC'S INITIAL DISCLOSURES |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Carvana LLC, ("Defendant" or "Carvana"), by and through their attorney GHIDOTTI | BERGER LLP hereby submit their Initial Disclosures as follows:

I. **<u>INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION</u>**.

Defendant's initial disclosures are made without the benefit of any discovery.

1

Defendant, therefore, reserves the right to amend its disclosures to add additional witnesses as they become known and/or ascertained.

1. Person Most Knowledgeable for Carvana LLC, who can be contacted through counsel for Defendant. The Person Most Knowledgeable is expected to testify regarding the facts and circumstances surrounding the allegations in the Complaint and Answer at issue in the pending adversary.

2. Custodian of Records for Carvana LLC, who can be contacted through counsel for Defendant. The Custodian of Records is expected to testify regarding the documents at issue in this litigation.

3. Kathryn A Ellis, as Trustee for the estate of Timothy and Karen Severson.

4. Debtors Timothy DeWayne Severson and Karen Johanna Severson ("Debtors"), who it is assumed can be reached through counsel for Debtors.

5. Discovery is ongoing and Defendant reserve the right to amend this response at a later date if additional information becomes available.

## II. **DOCUMENTS**.

Defendant's initial disclosures are made without the benefit of any discovery. Defendant, therefore, reserves the right to amend its disclosures to add additional documents as they become known and/or ascertained.

Defendant is in the process of reviewing and compiling their loan, sale, bankruptcy, servicing and title vehicle records relating to the issues raised in the adversary complaint. Defendant will produce non-privileged documents in their possession, custody or control which relate to the facts and circumstances surrounding the allegations in the Complaint, unless the use would be solely for impeachment.

In addition, Defendant identifies any prior or current pleadings filed within the current bankruptcy case of the Debtors, copies of which can be found on the bankruptcy court's docket for Debtors current bankruptcy case.

Discovery is ongoing and Defendant reserves the right to amend this response at a later date if additional information becomes available.

III. **DAMAGES**.

Defendant's initial disclosures are made without the benefit of any discovery. Defendant, therefore, reserves the right to amend its disclosures to add additional computation of damages as they become known and/or ascertained.

A computation of damages is not applicable at this time as Defendant has not asserted affirmative claims for relief in the action. However, Defendant reserves its rights to seek recovery of costs of suit herein and further relief, including attorneys' fees as allowed by law or contract. Discovery is ongoing and Responding Party reserves the right to amend this response at a later date if additional information becomes available.

IV. **INSURANCE**.

Defendant's initial disclosures are made without the benefit of any discovery. Defendants, therefore, reserves the right to amend its disclosures to add additional insurance coverage as it becomes known and/or ascertained.

Defendant is not aware of any liability insurance it carries which may be liable to satisfy all or part of a possible judgment or to indemnify or reimburse for payments made to satisfy the judgment. Discovery is ongoing and Responding Party reserves the right to amend this response at a later date if additional information becomes available.

Dated: May 19, 2020                     GHIDOTTI BERGER, LLP


                                        /s/ Michelle Ghidotti-Gonsalves
                                        Michelle Ghidotti-Gonsalves, Esq.
                                        Counsel for Defendant

3

Michelle Ghidotti-Gonsalves, Esq., SBN 36337
GHIDOTTI BERGER, LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Defendant,
CARVANA LLC

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| IN RE:<br><br>TIMOTHY and KAREN SEVERSON,<br><br>　　　　Debtors.<br><br>KATHRYN A. ELLIS, AS TRUSTEE FOR THE ESTATE OF TIMOTHY AND KAREN SEVERSON<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CARVANA LLC,<br><br>　　　　Defendant. | CASE NO.: 19-43712-BDL<br>ADV. CASE NO.: 20-04014-BDL<br>CHAPTER 7<br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

GIHIDOTTI | BERGER LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010

Case 20-04014-BDL    Doc 6    Filed 05/19/20    Ent. 05/19/20 14:03:48    Pg. 4 of 5

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On May 19, 2020 I served the following documents described as:

- **DEFENDANT CARVANA LLC'S INITIAL DISCLOSURE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Plaintiff:**<br>Kathryn A Ellis<br>Attorney at Law<br>5506 6thy Ave S, Suite 207<br>Seattle, WA 98108 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2020 at Santa Ana, California

/s/ Ana Palacios

Ana Palacios

GIHIDOTTI | BERGER LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tele: 949-427-2010